IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

CLARENCE EUGENE JONES,

        Plaintiff,        Civil No. 09-29-TC

        v.        ORDER

MAX WILLIAMS, et al.,

        Defendants.

COFFIN, Magistrate Judge.

    Plaintiff's Amended Motion for Partial Summary Judgment (#45) is denied as moot as it is superseded by plaintiff's Motion (#91).

    Plaintiff's Motions to Compel (#65), (#66), (#67), and (#68) are denied without prejudice pursuant to the court's Order (#84) staying discovery.

    Plaintiff's Motion for Modification of Pre-trial order (#86) is allowed.

    Plaintiff's Motion for extension of time (#90) is allowed.

1 - ORDER

Plaintiff's motion to Amend/Correct partial summary judgment (#91) is allowed.

Plaintiff's Motion to make declaration of Keith Davis More definite and certain (#92) is denied.

Plaintiff's Motion for extension of time to file motion for reconsideration (#93) is denied.

Plaintiff's Motion for Stay of Motion for Summary Judgment (#94) is denied.

IT IS SO ORDERED

DATED this 15 day of April, 2010.

_____
Thomas M. Coffin
United States Magistrate Judge